United States District Court
for the District of New Jersey

_____       :
                                              :
**UNITED STATES OF AMERICA**                  :
                                              :    Criminal No.  09-319
          Plaintiff                           :
                                              :    Order of Reassignment
                                              :
**LORENZO ALVAREZ**                           :
                                              :
          Defendant                           :
_____       :


It is on this 8th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Dickinson R. Debevoise.


                                                                        S/Garrett E. Brown, Jr.
                                            Garrett E. Brown, Jr., Chief Judge
                                            United States District Court