UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | | Crim. No. 09-319 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| LORENZO ALVAREZ | : | |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brooke E. Carey, Assistant U.S. Attorney), and defendant Lorenzo Alvarez (by Christopher D. Adams, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

   2. Defendant has consented to the aforementioned continuance; and

   3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

   WHEREFORE, on this __26th__ day of May, 2009,

   IT IS ORDERED that the period from May 20, 2009, through September 9, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

   IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

   1. Defendants shall file pretrial motions on or before **August 3, 2009**

   2. The Government shall respond to such motions on or before **August 10, 2009**

   3. The return date for pretrial motions shall be **August 17, 2009** and

   5. Trial shall commence on September 9, 2009

IT IS FURTHER ORDERED that the period from May 20, 2009 through September 9, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
Assistant U.S. Attorney
Brooke E. Carey

_____
Christopher D. Adams
Counsel for defendant Lorenzo Alvarez