UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dickinson R. Debevoise

v. : Crim. No. 09-319(DRD)

:

LORENZO ALVAREZ : SCHEDULING ORDER

This matter having come before the Court at the request of the United States of America (Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, by Brooke E. Carey, Assistant United States Attorney appearing), for an order setting the Government's response date to the defendant's Motion to Suppress in the above-captioned matter as August 17, 2009; and the Court having considered the submission of the United States; and for good and sufficient cause shown,

IT IS ON THIS 10th day of August, 2009,

ORDERED that the Government file its response to the defendant's Motion to Suppress in the above-referenced matter on or before August 17, 2009.

HONORABLE DICKINSON R. DEBEVOISE
United States District Judge