UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Crim. No. 09-319(DRD) |
| v. | : | **O R D E R** |
| LORENZO ALVAREZ, | : | |
| Defendant. | : | |

Defendant, Lorenzo Alvarez, having moved to suppress evidence seized and statements made by him during the course of a police stop on November 21, 2008; and Defendant having withdrawn that portion of his motion seeking suppression of statements; and the court having conducted an evidentiary hearing on the motion and for the reasons set forth in an opinion of even date;

IT is this 23rd day of September, 2009;

**ORDERED** that Defendant's motion to suppress evidence is denied.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dickinson R. Debevoise*
　　　　　　　　　　　　　　　　　　　　　　　DICKINSON R. DEBEVOISE
　　　　　　　　　　　　　　　　　　　　　　　U.S.S.D.J.