# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-319 (DRD) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| LORENZO ALVAREZ | : | |

This motion for an order compelling handwriting exemplars from defendant Lorenzo Alvarez, having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney (Brooke E. Carey, Assistant United States Attorney, appearing); and the defendant Lorenzo Alvarez having opposed this motion; and pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure; and for good cause shown,

IT IS, on this 7th day of October, 2009,

ORDERED that defendant Lorenzo Alvarez shall provide handwriting exemplars to the United States, at the United States Attorney's Office, 970 Broad Street, Newark, New Jersey; and it is further

ORDERED that such exemplars shall be provided within three (3) business days from the filing date of this Order.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge