UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

    V.      CR. # 09-319 (DRD)

  :

LORENZO ALVAREZ  :  O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

**It is on this 5th day of May, 2010,**

ORDERED that **Patrick McMahon** from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this case until further order of the Court.

_____
Hon. Dickinson R. Debevoise
U.S. District Judge